UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00485-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. GERONIMO ROMAN-MORENO,
   a/k/a Jeronimo Roman Moreno,
   a/k/a Jeronimo Roman-Moreno,
   a/k/a Geronimo Roman-Moreno,
   a/k/a Jared Quintanilla-Evheverria,
   a/k/a Jeronimo Roman,
   a/k/a Geronimo Romanmoreno,
   a/k/a Jeronimo Romanmoreno,
   a/k/a Jeronimo Moreno,

       Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#15)** on November 8, 2010, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

      **IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **December 20, 2010,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred

A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3. The Motion Hearing set for November 22, 2010, and the November 29, 2010, trial date are **VACATED**.

Dated this 9th day of November, 2010.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*